ACCEPTED
04-16-00459-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/21/2016 3:07:55 PM
KEITH HOTTLE
CLERK

NO. _____ 04-16-00459-CV

| | | |
|---|---|---|
| IN RE: | § | IN THE COURT OF APPEALS |
| | § | FOR THE FOURTH JUDICIAL |
| ARD MOR, INC., TEXAS ARDMOR | § | SAN ANTONIO, TEXAS |
| PROPERTIES, LP, and TEXAS | § | |
| ARDMOR MANAGEMENT, LLC, | § | |
| | § | |
| Relators. | § | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/21/2016 3:07:55 PM
KEITH E. HOTTLE
Clerk

## RELATORS' MOTION FOR EMERGENCY STAY

Relators ask the Court for an emergency stay of the District Court's Order granting Defendant's Motion to Expunge Lis Pendens. On July 15, 2016 the trial court entered an Order that expunged Plaintiffs' notice of lis pendens filed in connection with the underlying lawsuit. The Order provides that a copy of the Order may be filed in the real estate records of Bexar County, Texas on or after July 23, 2016. Recording of the Order will substantially change the status quo of the parties' and will cause irreparable injury to Plaintiffs prior to a trial on the merits, for which there will be no adequate remedy by appeal. Therefore, Relators respectfully request that this Court waive the ten day period for considering motions pursuant to Tex. R. App. P. 10.3(3) and, **BEFORE JULY 23, 2016,** issue a ruling granting stay of the trial court's Order until after this Court rules on Relators' Petition for Writ of Mandamus.

### A. Introduction

1. Relators are Ard Mor, Inc., Texas Ardmor Properties, LP and Texas Ardmor Management, LLC; real party interest is Lockhill Ventures, LLC.

1

2. Respondent is The Honorable Renee Yanta, Judge Presiding in the 150th Judicial District Court of Bexar County, Texas.

3. Relators, Ard Mor, Inc., Texas Ardmor Properties, LP and Texas Ardmor Management, LLC, filed suit against Respondent Lockhill Ventures, LLC in the 408th Judicial District, Bexar County, Texas, in the case styled *Ard Mor, Inc., Texas Ardmor Properties, LP and Texas Ardmor Management, LLC v. Lockhill Ventures, LLC and City of Shavano Park.*, Cause No. 2014-CI-10796.

4. Relators attach a certificate of compliance certifying that on July 21, 2016 they notified Real Party in Interest by telephone and email that a motion for temporary relief would be filed. Tex. R. App. P. 52.10(a). This motion is being served on Real Party in Interest and Respondent electronically contemporaneously with the filing of this motion.

5. Relators have filed a petition for writ of mandamus, served on both the Real Party in Interest and Respondent, establishing its right to mandamus relief based on Respondent's order expunging a notice of lis pendens pursuant to Tex. Prop. Code § 12.0071 based solely on erroneous arguments by Real Party in Interest counsel and without considering evidence filed with Relators' Response in Opposition to the Motion to Expunge or Alternatively Cancel Lis Pendens.

6. Tex. Prop. Code § 12.0071(e) provides:

(e) The court shall rule on the motion for expunction based on the affidavits and counter-affidavits on file and on any other proof the court allows.

Respondent did not rule on the motion for expunction based on the affidavits on file and other proof that was filed with Plaintiffs' Response in Opposition to Motion to Expunge,

2

which was the only evidence before the court at the hearing. Instead, Respondent ruled based on arguments by Real Party in Interest's counsel that the law of the case required Respondent to grant the motion based on this Court's opinion in *Lockhill Ventures, LLC v. Ard Mor, Inc., Texas Ardmor Properties, LP, and Texas Ardmor Management, LLC*, Case No. 04-14-00796-CV. Counsel also made inaccurate statements to Respondent regarding the extent to which the issue of standing was developed during a four day temporary injunction hearing in 2014.

7.     In the absence of a stay, there is a high risk that Real Party in Interest will commence construction of improvements to real property that Relators assert violate applicable covenants that Relators have standing to assert under the equitable servitude doctrine. If Real Party in Interest is allowed to record the expungement Order then it may be able to obtain financing that is otherwise unavailable and Plaintiffs' rights may be subordinated to the lenders. Relators' claims in this lawsuit seek to enforce an encumbrance against real property. As such, Relators have a right to maintain a lis pendens while the suit is pending. Tex. Prop. Code § 12.007. Expungement of the lis pendens without following the statutorily mandated procedures and standards will cause Relators irreparable injury for which the have no adequate remedy by appeal.

8.     Real Party in Interest Lockhill Ventures does not agree to this motion.

### B. Argument & Authorities

9.     The Court may grant temporary relief pending its determination of an original proceeding. Tex. R. App. P. 52.10(b).

10. This emergency stay is necessary to maintain the status quo of the parties and to preserve the Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding).

11. This motion is verified by counsel for Relator.

## C. Conclusion

12. Relators seek mandamus relief to preserve the status quo while the Court reviews this original proceeding. In the absence of mandamus relief, Relators may suffer irreparable injury in that construction of prohibited improvements may commence. If stay is not granted, the status quo may change if a deed of trust or other interest in real property is recorded before the Court rules on the merits of this original proceeding. Relators request that the Court grant this Emergency Motion to Stay **before July 23, 2016**, in order to preserve the status quo which the Court considers Relators' Petition for Writ of Mandamus.

## D. Prayer

13. For the reasons stated in this motion, Relators ask the Court for an emergency stay to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of Relators' original proceeding.

4

Respectfully submitted,

COKINOS, BOSIEN & YOUNG
10999 IH-10 West, Suite 800
San Antonio, Texas   78230
(210) 293-8700 (Office)
(210) 293-8733 (Fax)

Date:  July 21, 2016

By: /s/ *Karen L. Landinger*

Karen L. Landinger
State Bar No. 00787873
klandinger@cbylaw.com
Jay K. Farwell
State Bar No. 00784038
jfarwell@cbylaw.com

ATTORNEYS FOR RELATORS,
ARD MOR, INC., TEXAS ARDMOR
PROPERTIES, LP AND TEXAS
ARDMOR MANAGEMENT, LLC

5

**CERTIFICATE OF SERVICE**

I certify that a copy of *Relators' Motion for Emergency Stay* was served on the following on

July 21, 2016, before 10:00 p.m. local time of the recipient as indicated:

*RESPONDENT*

The Honorable Renee Yanta
District Judge
150th Judicial District Court of Bexar County
Bexar County Courthouse
100 Dolorosa
San Antonio, Texas 78205
(210) 335-2533 (Office)
(210) 335-2945 (Fax)
court.clerk150@bexar.org

*INTERESTED PARTIES*

Attorneys for Interested Party, Lockhill Ventures, LLC
Luke H. Beshara
Patel Gaines
221 West Exchange Ave., Suite 206A
Fort Worth, TX 76164
(817) 394-4844 Office
(817) 394-4344 Fax
lbeshara@patelgaines.com

Attorneys for Interested Party, City of Shavano Park
Patrick C. Bernal
Elizabeth M. Provencio
DENTON NAVARRO ROCHA BERNAL HYDE & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
(210) 227-3243 (Office)
(210) 225-4481 (Fax)
patrick.bernal@rampage-sa.com
elizabeth.provencio@rampage-sa.com

_/s/ Karen L. Landinger_
KAREN L. LANDINGER

STATE OF TEXAS                                   §
                                                 §
                                                 §
BEXAR COUNTY                                      §

## AFFIDAVIT OF JAY K. FARWELL

Before me, the undersigned notary, on this day personally appeared JAY K. FARWELL, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1.  "My name is JAY K. FARWELL. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.  "Relators have filed a petition for writ of mandamus contemporaneously with this Motion.

3.  "All interested parties affected by this motion have been notified of the filing of the mandamus and of Relators' request for emergency relief to stay the underlying proceedings.

4.  "Real Party in Interest Lockhill Ventures, LLC opposes this motion."

5.  "Defendants City of Shavano Park's counsel, Elizabeth Provenci has been notified by telephone that this motion would be filed and asked whether her client opposes or does not oppose the motion. The City of Shavano Park has not responded as of the time this motion if filed."

6.  "I have read the forgoing motion for emergency stay and the factual allegeations made there in are within my personal knowledge and are true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
JAY K. FARWELL

Sworn to and subscribed before me by JAY K. FARWELL on this, the 21st day of July, 2016.

_____
Notary Public in and for the State of Texas

DENISE J. DOONKEEN
Notary Public, State of Texas
My Commission Expires
May 10, 2018

## CERTIFICATE OF CONFERENCE AND COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10(a), I certify that on July 21, 2016, I notified Lockhill Ventures, LLC, through counsel of record, Luke Beshara, by telephone voice mail and email that a motion for temporary relief would be filed. A copy of this motion was served on Luke Beshara electronically at the time of filing. All other parties to this proceeding were also notified that a motion for temporary relief would be filed and were electronically served.

/s/ Karen L. Landinger

KAREN L. LANDINGER
Attorney for Relators